IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONATHAN WHITE,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID RUNNELS, Warden,<br><br>    Respondent. | 1:05-CV-00833-REC-WMW-HC<br><br>ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Petitioner has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition.  See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $5.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, petitioner shall submit a certified copy of his prison trust

1

1  account statement for the six month period immediately preceding the filing of the petition, or in

2  the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will

3  result in a recommendation that this action be dismissed.

4  IT IS SO ORDERED.

5  **Dated:    August 16, 2005**               **/s/  William M. Wunderlich**
   j14hj0                                      UNITED STATES MAGISTRATE JUDGE

2