1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ROBERT JONATHAN WHITE,           CASE NO. CV-F-05-0833 AWI WMW HC

12           Petitioner,

                           ORDER DENYING  MOTION TO RENEW

13                            REQUEST  FOR STAY

14     vs.                     [Doc. 14]

15 DAVID RUNNELS, WARDEN,

16           Respondent.

17    _____/

18

19

20       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant

21 to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

22 § 636(b)(1)(B) and Local Rule 72-302.

23       On November 30, 2006, the court entered an order denying Petitioner's motion, filed September

24 15, 2006, to hold this case in abeyance while he exhausts his additional claims in state court.

25 Specifically, the court denied Petitioner's request for a stay without prejudice because the petition

26 contained unexhausted claims.  The court informed Petitioner as follows:

27          However, Petitioner is advised that if he withdraws the unexhausted claims, he may
       renew his request for stay.  Once the petition contains only exhausted claims, the court will be

28        able to consider a request for stay.  See Ford v. Hubbard, 2002 WL 31001146, *4-5, (9th Cir.

1  2002)  In other words, Petitioner must first *withdraw* his unexhausted claims, and then renew
2  his request to stay the petition pending exhaustion at the state level.  Failure to withdraw the unexhausted claims will result in the dismissal of this entire petition.

3
4  On December 21, 2006, Petitioner made a motion to "renew" his request for a stay.  Petitioner
5  states in part, "Petitioner has 'Withdrawn' his unexhausted claims from his June 20, 2005 Filed Habeas
6  Corpus Petition."  He explains that he seeks a stay in this action in order to exhaust his unexhausted
7  claims and file a second amended petition in this court.

8  Contrary to what he claims in his motion, Petitioner has not withdrawn his unexhausted claims.
9  Petitioner, in fact, has filed nothing with this court since the court entered its previous order on
10  November 30, 2006.  Petitioner's petition therefore still contains unexhausted claims and this court
11  cannot stay the action.

12  Accordingly, Petitioner's motion to renew his request for a stay of this action is HEREBY
   DENIED. IT IS SO ORDERED.

13  **Dated:   January 3, 2007**              _/s/  William M. Wunderlich_
   mmkd34                          UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2